**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

TERRANCE TURNER,

|                 | Plaintiff, | 1:25-cv-1561 |
|---|---|---|
|                 |            | (ECC/DJS)    |

v.

GOLDMAN FINANCIAL, et al.,

Defendants.

---

Terrance Turner, *pro se Plaintiff*

**Hon. Elizabeth C. Coombe, United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

Plaintiff Terrance Turner commenced this proceeding and sought leave to proceed in forma pauperis (IFP). Dkt. Nos. 1, 2. This matter was referred to United States Magistrate Judge Daniel J. Stewart who, on December 8, 2025, granted Plaintiff's application to proceed IFP. Dkt. No. 5. On December 9, 2025, Judge Stewart issued a Report-Recommendation, recommending that Plaintiff's complaint be dismissed with leave to replead. Dkt. No. 6. Plaintiff was informed that he had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to object to the report within fourteen days would preclude appellate review. *Id.* at 11. No objections to the Report-Recommendation have been filed.

As no objection to the Report-Recommendation has been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety, adding only

that no parties seem to have any connection to this venue.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Stewart's Report-Recommendation, Dkt. No. 6, is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's complaint is **DISMISSED without prejudice and with leave to amend**; and it is further

**ORDERED** that any amended complaint must be filed **within thirty (30) days** of the date of this Order. Any amended complaint must be a complete pleading which will replace the current complaint in its entirety; and it is further

**ORDERED** that if Plaintiff files a timely amended complaint, it shall be referred to Magistrate Judge Stewart for review; and if Plaintiff fails to file a timely amended complaint, the Clerk is directed to close this case without further order from the Court; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: April 15, 2026

Elizabeth C. Coombe
U.S. District Judge

2