**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

TERRANCE TURNER,

Plaintiff, 1:25-cv-1561 (ECC/DJS)

v.

GOLDMAN FINANCIAL, et al.,

Defendants.

---

**Appearances:**

Terrance Turner, *Pro se Plaintiff*

**Hon. Elizabeth C. Coombe, United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

Plaintiff Terrance Turner commenced this proceeding and sought leave to proceed in forma pauperis (IFP). Dkt. Nos. 1, 2. This matter was referred to United States Magistrate Judge Daniel J. Stewart who, on December 8, 2025, granted Plaintiff's application to proceed IFP. Dkt. No. 5. On December 9, 2025, Magistrate Judge Stewart issued a Report-Recommendation, recommending that Plaintiff's Complaint be dismissed with leave to replead. Dkt. No. 6. This Court adopted the Report-Recommendation and granted Plaintiff leave to file an Amended Complaint, which Plaintiff filed on May 4, 2026. Dkt. Nos. 7, 8. The Amended Complaint was referred to Magistrate Judge Stewart who, on June 30, 2026, issued a Report-Recommendation recommending dismissal of Plaintiff's Amended Complaint. Dkt. No. 9. Magistrate Judge Stewart advised Plaintiff that under 28 U.S.C. § 636(b)(1), he had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. *Id.* at 6-7. Plaintiff did not file an objection to the Report-

Recommendation.

As no objection to the Report-Recommendation has been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Stewart's Report-Recommendation, Dkt. No. 9, is **ADOPTED,** and it is further

**ORDERED** that Plaintiff's Amended Complaint is **DISMISSED without leave to amend,** and it is further

**ORDERED** that the Clerk enter judgment and close this case; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: October 22, 2026

Elizabeth C. Coombe
U.S. District Judge